**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER  
Bankruptcy Judge  (206) 370-5300

United States Courthouse
700 Stewart Street, Room 6301
Seattle, Washington 98101

January 26, 2011

Victoria Lynn Jensen  
24927 8th Pl. S.  
Des Moines, WA 98198

    Re: *Bankruptcy No.* 10-24581

Dear Ms. Jensen:

    This will acknowledge receipt of the reaffirmation agreement with Wells Fargo Home Mortgage.

    For your information, Section 524(d) of the Bankruptcy Code requires that if a debtor is not represented by an attorney in the bankruptcy proceeding and in the negotiation of a reaffirmation agreement, the Court must hold a hearing on the matter at which the debtor shall appear in person.

    Accordingly, I have scheduled a hearing on the reaffirmation on **February 25, 2011, at 9:15 o'clock A.M.**, in the United States Courthouse, 700 Stewart Street, Room 8206, Seattle, Washington. You must be present.

                  Very truly yours,

                    /s/ Samuel J. Steiner

                    SAMUEL J. STEINER  
                    Bankruptcy Judge

SJS/rb