**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER  _____
Bankruptcy Judge  (206) 370-5300

United States Courthouse
700 Stewart Street, Room 6301
Seattle, Washington 98101

February 23, 2011

Victoria Lynn Jensen
24927 8th Pl. S.
Des Moines, WA 98198

    Re: *Bankruptcy No.* 10-24581

Dear Ms. Jensen:

    This will confirm that the hearing on the reaffirmation as to Wells Fargo Home Mortgage has been continued to **March 4, 2011, at 9:15 o'clock A.M.**, in the United States Courthouse, 700 Stewart Street, Room 8206, Seattle, Washington. You must be present.

    Very truly yours,

    /s/ Ruth J. Barnett

    Ruth J. Barnett
    Secretary