SAMUEL J. STEINER
Bankruptcy Judge
700 Stewart Street
Seattle, WA 98101

(206) 370-5300

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re ) No. 10-24581
)
VICTORIA LYNN JENSEN, )
) ORDER APPROVING
Debtor. ) REAFFIRMATION
)

This matter having come on regularly for hearing before the undersigned Bankruptcy Judge of the above entitled Court on March 4, 2011, on the motion of the debtor for approval of a reaffirmation agreement with Wells Fargo Home Mortgage; the debtor appearing in person; and the Court having advised the debtor as to the meaning and effect of the discharge in bankruptcy and as to the legal aspects of an approved reaffirmation; and the Court having concluded that the reaffirmation is in the best financial interests of the debtor and will not impose an undue hardship on her or on her dependents; now therefore, it is

ORDERED that the reaffirmation of the debtor of the above obligation owed Wells Fargo Home Mortgage is hereby approved.

*/s/ Samuel J. Steiner*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

cc: Debtor
    Wells Fargo Home Mortgage

ORDER APPROVING REAFFIRMATION