Entered on Docket February 15, 2012

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

\*\*\*\***IT IS FURTHER ORDERED that the Court will not fix the current amount of Wells Fargo's claim because the Debtor's declaration [Docket No. 41] did not provide the information required by the Court's oral ruling on December 9, 2011.**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Victoria Lynn Jensen,

          Debtor(s).

Case No. 10-24581-TWD

ORDER GRANTING MOTION FOR SANCTIONS AGAINST WELLS FARGO FOR WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION UNDER 11 U.S.C. § 105(a)

THIS MATTER having come before the court on the Debtor's Motion for Sanctions Against Wells Fargo Home Mortgage for Willful Violation of the Discharge Injunction Under 11 U.S.C. § 105(a),\*\* the Court having reviewed the Motion and finding that good cause exists to enter this Order, now, therefore,

IT IS HEREBY ORDERED that the Motion for Sanctions Against Wells Fargo Home Mortgage for Willful Violation of the Discharge Injunction Under 11 U.S.C. § 105(a), is hereby granted.

IT IS FURTHER ORDERED that the court will accept the declaration of damages filed [Docket No. 41] and hereby award actual, by Victoria Lynn Jensen ~~for an award of~~ compensatory damages ~~for fees and costs~~ in the amount of $2,746.70.\*\*\*\*

\*\*\***END OF ORDER**\*\*\*

\*\*and having made additional findings and conclusions on the record at the hearing held on December 9, 2011, which are incorporated pursuant to FRBP 7052,

ORDER GRANTING MOTION FOR SANCTIONS
AGAINST WELLS FARGO FOR WILLFUL VIOLATION
OF THE DISCHARGE INJUNCTION UNDER 11 U.S.C. §
105(A)
(10-24581-TWD) - 1

fax (206) 447-0115

Presented by:

SEATTLE DEBT LAW, LLC

/s/ *Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor

ORDER GRANTING MOTION FOR SANCTIONS
AGAINST WELLS FARGO FOR WILLFUL VIOLATION
OF THE DISCHARGE INJUNCTION UNDER 11 U.S.C. §
105(A)
(10-24581-TWD) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

Case 10-24581-TWD    Doc 43    Filed 02/15/12    Ent. 02/15/12 14:21:39    Pg. 2 of 2